NOVEMBER 14, 2001

No. 01–7050 (01A393). GILREATH v. HEAD, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 15, 2001

No. 01A394. RUDD v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 01A395. GILREATH v. GEORGIA STATE BOARD OF PARDONS AND PAROLES ET AL. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE SCALIA took no part in the consideration or decision of this application.

NOVEMBER 21, 2001

No. 00–952. WISCONSIN DEPARTMENT OF HEALTH AND FAMILY SERVICES v. BLUMER. Ct. App. Wis. [Certiorari granted, 533 U. S. 927.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–1073. OWASSO INDEPENDENT SCHOOL DISTRICT No. I–011, AKA OWASSO PUBLIC SCHOOLS, ET AL. v. FALVO, PARENT AND NEXT FRIEND OF HER MINOR CHILDREN, PLETAN ET AL. C. A. 10th Cir. [Certiorari granted, 533 U. S. 927.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.